*Frank S. Hogan*, District Attorney (*Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

L. N. JACKSON & COMPANY, INC., Appellant, *v.* SEAS SHIPPING COMPANY, INC., Respondent.

Submitted September 30, 1946; decided October 10, 1946.

AGNES O'K. WILLIAMS, Individually and as Administratrix of the Estate of STANLEY WILLIAMS, Deceased, Respondent, *v.* AUSTIN SADDLEMIRE, Appellant, et al., Defendants.

Submitted September 30, 1946; decided October 10, 1946.

*John M. Schneider* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion.